## Darius B. Holbrook, plaintiff in error, *v.* The Peoria Bridge Company, defendants in error.

### *Error to Peoria.*

In suits by corporations the same rules prevail as in suits by natural persons. Process in favor of a corporation can be sent out of the county where the suit is commenced, only in such cases as it might be so sent in suits in favor of persons.

The only point decided in this case is, that a judgment by default rendered in the Peoria Circuit Court against the defendant, upon process executed in Fayette county, where the declaration contained no averments to authorize the emanation of process to a foreign country, is erroneous, and will be reversed in the Supreme Court.

O. Peters, for the plaintiff in error.

W. Frisby and G. T. Metcalf, for the defendants in error.